■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SPENCER, Appellant. [700 NYS2d 679] —Judgment, Supreme Court, New York County (George Daniels, J.), rendered June 11, 1996, convicting defendant, after a jury trial, of two counts of criminal sale of a controlled substance in the third degree and one count of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to three concurrent terms of 5 to 10 years, unanimously affirmed.

Defendant's challenges to the prosecutor's cross-examination are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would find that the court's instructions were sufficient to prevent any prejudice to defendant (*see, People v Santiago*, 52 NY2d 865). Concur—Nardelli, J. P., Tom, Mazzarelli, Ellerin and Friedman, JJ.

■ SENECA INSURANCE COMPANY, INC., Respondent, v HONG KONG HANG WO (U.S.A.) INC., Appellant. [700 NYS2d 680] —Order and judgment (one paper), Supreme Court, New York County (Louise Gruner-Gans, J.), entered October 7, 1998, which, after a nonjury trial, awarded plaintiff the total sum of $78,985.18, unanimously affirmed, with costs.

Defendant failed to controvert the trial evidence tending to establish plaintiff's standing as a duly licensed insurance company. Moreover, defendant failed to affirmatively plead the defenses it now raises in regard to plaintiff's status. Hence, these defenses were waived. Also waived was defendant's claim of jurisdictional deficiency based upon plaintiff's failure to timely file an affidavit of service, since defendant appeared and defended the action without raising that jurisdictional objection (*see, Matter of Fry v Village of Tarrytown*, 89 NY2d 714).

We have reviewed defendant's remaining arguments and find them unavailing. Concur—Nardelli, J. P., Tom, Mazzarelli, Ellerin and Friedman, JJ.